IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSE F. GREGORIO | : | NO. 12-297 |

ORDER

AND NOW, this 8th day of March, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of Jose F. Gregorio to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 29) is DENIED;

(2) the motion of Jose F. Gregorio for an evidentiary hearing on his motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. # 33) is DENIED; and

(3) no certificate of appealability will be issued.

BY THE COURT:


/s/ Harvey Bartle III
                               J.